No. 11–8445. PLAISANCE *v.* LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 11–8447. VASQUEZ AGUIRRE *v.* CAMPBELL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8448. BOTES *v.* STEEL. C. A. 11th Cir. Certiorari denied.

No. 11–8450. CRUMMIE *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 11–8453. BROWN *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–8457. ZINK *v.* STEELE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 11–8460. JACOBOWITZ *v.* DARTMOUTH PUBLIC SCHOOLS ET AL. C. A. 1st Cir. Certiorari denied.

No. 11–8468. WESLEY M. *v.* SHEBOYGAN COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. Ct. App. Wis. Certiorari denied.

No. 11–8472. CHRISTIAN *v.* WALGREEN CO. C. A. 7th Cir. Certiorari denied.

No. 11–8475. ANDERSON *v.* COOPER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–8477. BILAL *v.* WILKINS, SECRETARY, FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–8484. NICKERSON-MALPHER *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 11–8487. BYRD *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–8489. BROWN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.